JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Victor Valencia | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:22-cv-00208-SB-AFM |
| v. | |
| Ford Motor Company et al. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 8, 2022 as docket number 19 (the "Offer of Judgment"), judgment is hereby entered for

Victor Valencia

and against

Ford Motor Company; and Does One to Ten

according to the terms set forth in the Offer of Judgment.

Date: February 22, 2022

By: Jennifer Graciano
Deputy Clerk

CV-140 (02/21)   JUDGMENT